# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| Travis Simons | § | |
| | § | CIVIL NO: |
| vs. | § | AU:12-CV-00392-SS |
| | § | |
| Xerox Corporation | § | |

## ORDER SETTING ALL PENDING MATTERS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS** in Courtroom 2, on the First Floor of the United States Courthouse, 200 West Eighth Street, Austin, TX, on **Friday, August 17, 2012 at 09:00 AM**.

IT IS SO ORDERED this 10th day of August, 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE